UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

          - v. -                  :          **INDICTMENT**

GARRETT KELSEY,                   :          19 Cr. ____
     a/k/a "Garrett Odinschild,"  :
                                             **19 CRIM 886**
                    Defendant.    :

- - - - - - - - - - - - - - - - - - x

### COUNT ONE
(Interstate Transmission of Threat to Injure Person)

The Grand Jury charges:

1.   On or about May 23, 2019, in the Southern District of New York and elsewhere, GARRETT KELSEY, a/k/a "Garrett Odinschild," the defendant, knowingly transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit, KELSEY left a voicemail and sent an email threatening to injure and kill the employees of a particular organization (the "Victim Organization").

(Title 18, United States Code, Section 875(c).)

_____          _____
FOREPERSON                                GEOFFREY S. BERMAN
                                          United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: DEC 1 0 2019

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

v.

### GARRETT KELSEY,
### a/k/a "Garrett Odinschild,"

Defendant.

### INDICTMENT

19 Cr. ____ ( )

(18 U.S.C. § 875(c))

GEOFFREY S. BERMAN
United States Attorney

_Salbrs 3 Ucereo_  12/11/2019
FOREPERSON

12/11/2019
N·E

Indictment Filed

Case assigned to
District Judge Stein
wheelA

Sarah Cave
U·S·M·J·